# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division



**ANDRE EDMONDS,**

    Plaintiff,

v.                                                     Civil Action No. **3:19CV827**

**OFFICER ABRAHAM,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on November 15, 2019, the Court conditionally docketed Plaintiff's action. On November 26, 2019, the United States Postal Service returned the November 15, 2019 Memorandum Order to the Court marked, "RETURN TO SENDER," and "Inmate Released." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                 /s/
                                                    M. Hannah Lauck
                                                    United States District Judge

Date: January 2, 2020
Richmond, Virginia